Before STATE INDUSTRIAL BOARD, Respondent. THOMAS O'CONNOR and

Another, Respondents, v. HUGH GETTY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.